IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                                  Case No. 21-CV-00295-WS-N

CONTENTS OF SAFE DEPOSIT BOX #0607035,
HELD BY AMANDA ZHENG AND/OR YI SHENG
ZHENG AT REGIONS BANK, 804 QUINTARD
AVE., OXFORD, ALABAMA, ACCOUNT
ENDING IN THE NUMBER *0358;

    Defendant, *in rem*.

## ORDER GRANTING MOTION TO STAY PENDING CIVIL ACTION

    This matter comes before the Court on the Government's Motion to Stay Pending Civil Action (doc. 10). In this civil action *in rem*, the Government seeks forfeiture of the contents of a certain safe deposit box that it contends were purchased with proceeds traceable to conspiracy to harbor undocumented noncitizens and involved in money laundering transactions.

    Concurrently with this civil forfeiture action, the Government is pursuing criminal charges against Zheng Kong Zheng, Zheng Guo Zheng, Kong Mei Zheng, De Yun Wang, and Yan Jiao Zhuo, bearing Criminal No. 21-00149-WS-MU (the "Criminal Action"). The Government indicates that the Indictment in the Criminal Action contains a forfeiture notice seeking to forfeit the *in rem* Defendant Property captioned above. (1:20-cr-00149-MS-MU, doc. 68, PageID.171-73, ¶ 13.) Because the Government has initiated both criminal forfeiture and civil forfeiture proceedings against the same property, the Government now requests that the civil action be stayed pending resolution of the Criminal Action so as to promote judicial economy and avoid the risk of inconsistent results.

    For cause shown, the Government's Motion to Stay is **GRANTED**. Accordingly, it is **ORDERED** that the present civil action shall be stayed until resolution of the Criminal Action or until such time as the parties otherwise notify the Court that the stay is due to be lifted. The

-2-

Government is **DIRECTED** to notify the Court in writing as to the disposition of the Criminal Action within seven (7) days of such resolution.

DONE and ORDERED this 21st day of September, 2021.

        s/ WILLIAM H. STEELE
        UNITED STATES DISTRICT JUDGE